**An die HYPO ALPE-ADRIA-BANK AG**

Alpen-Adria-Platz 1, 9020 Klagenfurt
DVR2110537 Fn 245157a/Klagenfurt



Ich/Wir ersuche/n hiermit um Eröffnung eines    ☐ Gehaltkonto    ☑ Privatkonto
     ☐ Pensionskonto    ☐ Jugendkonto
     ☐ Studentenkonto    ☐ HippoCard

| ☑ Neukunde | ☑ Einfachkunde | Kundennummer: | ÖNB-Branche: |
|---|---|---|---|
| ☐ bestehender Kunde | ☐ Mehrfachkunde | 1 6 4 4 0 8 | 1 4 0 0 0 |

| Kontowortlaut: | | Geb.Dat: | bei Gemeinschaftskonteu gilt: |
|---|---|---|---|
| LEONG GEOK MOOI | | 12.7.1955 | ☐ Einzelverfugung   ☑ gemeinsame Verfügung |

**Anschrift:**
No.15, Jalan Dato Chan Swee Ho, Ipoh Garden, 31400
IPOH PERAK – MALAYSIA

Tel. privat:    Tel. geschftl.:    Fax:

eMail: kaijiumn1806@yahoo.com   Identity: 550712086620

**Beruf:**       Familienstand:      Unterhalt für:
     ☐ ledig    ☐ geschic    0   Person(en)

**Arbeitgeber:**      ☐ verheiratet    ☐ verwitwet

**beschaftigt seit:**

| ☐ Deviseninlander | ☑ Devisenauslander | ☐ Wohnsitzerklarung abgegeben |
|---|---|---|

| Kontoauszuge: | ☑ KAD/Abholer | ☐ Postversand | ☐ Lagerpost | ☐ Fach Nr. | ☐ Hypo Bike Club |
|---|---|---|---|---|---|

| Kontofuhrung: | ☑ auf eigene Rechnung | ☐ auf fremde Rechnung fur | | ☐ Deviseninlander |
|---|---|---|---|---|
| | | | | ☐ Devisenauslander |

This letter hereby confirms Bank Guarantee nummer 316229 on behalf of Leong Geok Mooi has unencumbered, available funds in the amount of €UR : 10,000,000,000 currently on deposit account code: ATS3 5200 0000 0031 6229. We further confirm that Confirmation Proof of Funds on 21.4.2006 with a maturity of 22.4.2007 is current and valid as of this date.

The Funds are good, clean and clear, of non-criminal origin, free and clear from all liens and encumbrances and are free and clear until maturity at which time they will be renewed for an additional one year.

This is very old and valued account of HYPO ALPE-ADRIA-BANK AG and we further agree to block the funds on your request with complete proper instructions.

The funds as agreed are non-interest bearing and that no regular or typical Bank Statement are issued for this special tailor made account.

Legitimation :    Leong Geok Mooi : RP A10648321 IPOH PERAK – MALAYSIA 29.11.2004

| Filiale: | Depotfiliale: | KUBE: | Musterkonto: | Bezeichnung: |
|---|---|---|---|---|
| 64 | 64 | 678 | 12912 | Gkto.G.Retail Privat CPOF FW |
| | | | | Kontonummer: 527968 |

Wien, 21.4.2006

**ROLF FRIEDHOFEN**
**CHIEF FINANCIAL**

**ANDREA UMBERTO VARESE**
**CHIEF RISK OFFICER**

**An die HYPO ALPE-ADRIA-BANK AG**
Alpen-Adria-Platz 1, 9020 Klagenfurt
DVR2110537 Fn 245157a/Klagenfurt



Ich/Wir ersuche/n hiermit um Eröffnung eines   ☐ Gehaltekonto   ☑ Privatkonto
  ☐ Pensionskonto   ☐ Jugendkonto
  ☐ Studentenkonto   ☐ HippoCard

| | | | |
|---|---|---|---|
| ☑ Neukunde | ☑ Einfachkunde | **Kundennummer:** | **ÖNB-Branche:** |
| ☐ bestehender Kunde | ☐ Mehrfachkunde | 1 6 4 4 0 8 | 1 4 0 0 0 |

| | | |
|---|---|---|
| **Kontowortlaut:** | **Geb.Dat:** | **bei Gemeinschaftskonteu gilt:** |
| LEONG GEOK MOOI | 12.7.1955 | ☐ Einzelverfugung   ☑ gemeinsame Verfugung |

**Anschrift:**
No.15, Jalan Dato Chan Swee Ho, Ipoh Garden, 31400
IPOH PERAK – MALAYSIA

**Tel. privat:**   **Tel. geschaftl.:**   **Fax:**

**eMail:** kaijiumn1806@yahoo.com   **Identity:** 550712086620

**Beruf:**

**Familienstand:**   **Unterhalt für:**
☐ ledig   ☐ geschie   0   Person(en)

**Arbeitgeber:**   ☐ verheiratet   ☐ verwitwet

**beschäftigt seit:**

| | | |
|---|---|---|
| ☐ Deviseninlander | ☑ Devisenauslander | ☐ Wohnsitzerklarung abgegeben |

| | | | | |
|---|---|---|---|---|
| **Kontoauszuge:** | ☑ KAD/Abholer | ☐ Postversand | ☐ Lagerpost | ☐ Fach Nr.   ☐ Hypo Bike Club |

| | | | |
|---|---|---|---|
| **Kontofuhrung:** | ☑ auf eigene Rechnung | ☐ auf fremde Rechnung fur | ☐ Deviseninlander |
| | | | ☐ Devisenauslander |

## €UR : 10,000,000,000 promissory note
### guaranteed as to payments of interest and principal by
#### HYPO ALPE-ADRIA-BANK AG
*(incorporated with limited liability in The Austria with its statutory seat in Wien)*

| | |
|---|---|
| **Instrument Type** | : Promissory Note |
| **Amount** | : €UR : 10,000,000,000 |
| **Date of Issuance** | : 23.4.2006 |
| **Date of Maturity** | : 24.4.2007 |
| **Principle Owner** | : LEONG GEOK MOOI |

**After this date we promise to pay the order of Bearer and a payable HYPO ALPE-ADRIA-BANK AG (incorporated with limited liability in The Austria with its statutory seat in Wien) located A-9020 Klagenfurt, Alpen-Adria-Platz 1, for value received with interest at zero percent as agreed.**

Wien, 23.4.2006

ROLF FRIEDHOFEN
**CHIEF FINANCIAL**

MATHIAS SOHLER
**CHIEF OPERATING OFFICER**

## An die HYPO ALPE-ADRIA-BANK AG

Alpen-Adria-Platz 1, 9020 Klagenfurt
DVR2110537 Fn 245157a/Klagenfurt

**HYPO** ALPE ADRIA BANK

Ich/Wir ersuche/n hiermit um Eröffnung eines   ☐ Gehaltekonto   ☑ Privatkonto
  ☐ Pensionskonto   ☐ Jugendkonto
  ☐ Studentenkonto   ☐ HippoCard

| | | | |
|---|---|---|---|
| ☑ Neukunde | ☑ Einfachkunde | Kundennummer: | ÖNB-Branche: |
| ☐ bestehender Kunde | ☐ Mehrfachkunde | 1 6 4 4 0 8 | 1 4 0 0 0 |

**Kontowortlaut:**     **Geb.Dat:**    bei Gemeinschaftskonten gilt:
Leong Geok Mooi     12.7.1955    ☐ Einzelverfügung   ☑ gemeinsame Verfügung

**Anschrift:**     **Tel. privat:**    **Tel. geschäfti.:**    **Fax:**
No.15, Jalan Dato Chan Swee Ho, Ipoh Garden, 31400
IPOH PERAK – MALAYSIA    eMail: kaijiunn1806@yahoo.com   Identity : 550712086620

**Beruf:**     **Familienstand:**     **Unterhalt für:**
   ☐ ledig    ☐ geschie   0   Person(en)
**Arbeitgeber:**    ☐ verheiratet   ☐ verwitwet

**beschäftigt seit:**

☐ Deviseninländer    ☑ Devisenausländer     ☐ Wohnsitzerklärung abgegeben

**Kontoauszüge:**    ☑ KAD/Abholer   ☐ Postversand   ☐ Lagerpost   ☐ Fach Nr.   ☐ Hypo Bike Club

**Kontoführung:**    ☑ auf eigene Rechnung    ☐ auf fremde Rechnung für    ☐ Deviseninländer
   ☐ Devisenausländer

### SWIFT MESSAGE TEXT 760

```
DATE                  : 18.4.2006
SENDING BANK          : UNION BANK OF SWITZERLAND AKTIEN GESELLSCHAFT (AG)
BRANCH NAME           : SWITZERLAND, HEAD OFFICE
BANK ADDRESS          : BAHNHOFSTRASSE 45 PO.BOX CH 8098 ZURICH
OFFICER               : ROLF A. MEYER
SWIFT CODE            : 820123-T-4563-124789-78943-SBC OCHZZIA
SECURITY CODE         : 4486 INA.924.AL 54445
PHONE                 : 41-(0)-1-234 3415 ; 41-(0)-1-7200394; 41-(0)-1-361111
F A X                 : 41-(0)-1-234 6271 ; 41-(0)-1-247-2994
TELEX                 : 41-(0)-1-812-581-BYZ-CH
CABLE                 : #UBS BANK#

RECEIVING/ADVISING    : HYPO ALPE-ADRIA-BANK AG
DEPOSIT OF GOLD       : 21,497,000 ; 33,942,000 ; 21,985,000 ; 30,697,000
ACCOUNT CODE          : AT53 5200 0000 0031 6229
TYPE ACCOUNT          : PRIVATKONTO
BENEFICIARY           : LEONG GEOK MOOI
PASSPORT NUMBER       : A10648321
DATE OF BIRTH         : 12.7.1955
```

### SWIFT MESSAGE TEXT
### BASIS COLLATERAL

```
20:    TRANSACTION REFERENCE CODE    : Gkto.G.Retail Privat FW
21:    KONTONUMMER                   : 316229
23:    FURTHER IDENTIFICATION        : 550712086620
27:    SEQUENCE OF TOTAL             : 108,121,000 MT
40/C:  APPLICABLE RULES              : UNCONDITIONALLY, IRREVOCABLY
59:    KONTOWAHRUNG                  : EUR
79:    DATE OF ISSUE                 : 18.4.2006
       DATE OF MATURITY              : 19.4.2007
       DATE OF EXPIRATION            : 04.5.2007

77/C:  DETAILS OF GUARANTEE          : GENERAL B.C
```

**Legitimation :** Leong Geok Mooi : RP A10648321 IPOH PERAK – MALAYSIA 29.11.2004

| Filiale: | Depotfiliale: | KUBE: | Musterkonto: | Bezeichnung: |
|---|---|---|---|---|
| 64 | 64 | 678 | 12912 | Gkto.G.Retail Privat B.C FW Unconditionally Irrevocably |

Wien, 18.4.2006

ATTACHMENT 5

# LEONG GEOK MOOI

To: **Commendable Board**
**UBS – SA Headquarters**
**Bahnofstrasse N⁰ 45**
**8000 Zurigo**



He attention of the
Pres. Dott. Kaspar Villiger

With a copy to:

**Lodevole Cancelleria Tribunale Federale, avenue du Tribunal-Fédéral 29 1005 Lausanne: (Switzerland-CH)**

**Lodevole Cancelleria Consiglio Federale, Palazzo Federale Ovest, 3003 Berna: (Switzerland-CH)**

It is known to the managers of this Bank that in the coffers of the Bank UBS-SA. are kept Several Thousands of Tons of Gold-Metal and other Materials as a guarantee the emission of the US-Currency and Security Value Issued by the U.S. Federal Authorities.

This Material is Exclusivity for Honorable Soewarno, Sucessor of Soekarno (Deceased) and In the Favor and Benefit of the Mrs. Leong Geok Mooi.

The housing Contract by the Swiss Bank Certificate of Deposit Metal expired in 2007 and expects to be renewed.

For this reason has been given to Mr. Giovanni Battista Ricchello a Power of Attorney, Legally Registered by the Notary confirmed to UBS-Bank by Swift and Registered and Apostil-led by the US-Federal Court, Mr. Giovanni Ricchello, instructed to contact Your Legal Office to examine the details for the preparation of the new contract.

Unfortunately, despite several contacts with Your Legal Office, the request and the subsequent Delivery of various Documents proving the correctness of the operation, nothing was taken from you, for this reason Mr. Ricchello Giovanni, was authorized to contact the Lawyer Dott. Tino Inselmini from Lugano, who took direct contact with the President of your Board, **Dott. Kaspar Villiger** but never have the pleasure and Honor to receive an answer.

UBS-Bank Lawyer, Dott. Stellio Pesciallo, he was informed (by phone only)

that it will never receive a reply as this is an Imaginative process that is based on false documents.

Is possible that, in the midst of one hundred valid certificates there is a stamp with a non-compliant: this fact does not mean that other ninety-nine are invalid and even less means that any forgery would have taken place by third parties.

If errors were committed, were committed solely and exclusively in Your Offices.

Faced with incontrovertible Legal Documentation shown to Your offices only in part, part of them even handed copies beginning with the Swift, UBS list of Certificates issued to Guarantee the transaction, the principal of authority and General Power of Attorney signed by Mr. Soewarno and Mrs Leong Geok Mooi for the Indonesian state and Mr. Ospel and Mr. Mayer for the UBS, by Statutory Declaration of 26 November 2009 signed by Mr. Soewarno that confirmed the power of attorney to Mr. Giovanni Battista Ricchello for this operation and the whole ' additional documentation that can be inferred from the diskette that we send you, with this letter we formulate a last and final request to convene by return mail Our representative in Switzerland, Mr Giovanni Battista Ricchello to define him with the details relating to contract renewal.

If this does not occur within fifteen (15) days of receipt of this communication, we will assume excluded any possibility of talks with representatives of your bank and we can not but offer direct to the High Court of Switzerland in Lausanne, as compared to the Federation Council with headquarters in Berne.

Yours faithfully,

LEONG GEOK MOOI
Passport No: A19879568
Date Of Expiry: 25 March 2015


This   15 th Day Of December 2010
Ipoh Perak Malaysia

This is the original document produced for translation in Ipoh Court Translation
Serial No..............................

15 DEC 2010  C. SAUARAY AMAL
Date.................    ..............................Interpreter,
Magistrate/Sessions Court,
Ipoh.

ACKNOWLEDGEMENT

Before me,

Sinniah Amirtha Lingam @ S.A.Lingam ........................................, A Notary Public for and in the City of Ipoh Perak, Malaysia, This 15th Day Of December 2010 personally appeared Ms. Leong Geok Mooi ( Holder of Malaysia Passport No: A19879568 (A17360288), known to me and to me known to be the same persons who each executed the foregoing Instrument and acknowledge to be that the same of their Free act and Deed.

In Witness whereof, we have hereunto set our hand and seal, the day, Year and Place above written.



S. A. LINGAM
NOTARY PUBLIC
PENYAKSI AWAM
18, Jalan Tun Sambanthan,
30000 Ipoh, Perak,
West Malaysia.

Copy for : Lawyer Dott. Tino Inselmini, Lugano
        and for Mr.. Giovanni Ricchello

Attached with a list of all documents relating to the transaction covered by this:-

i)     SOEWARNO'S STATUTORY DECLARATION OF DEED OF GRANT TO LEONG GEOK MOOI
ii)    BNI'S SWIFT COPY  STATUTORY DECLARATION DEED OF GRANT, DATED 23/10/2009, '2 COPIES'
iii)   BNI'S SWIFT COPY  STATUTORY DECLARATION DEED OF ASSIGNMENT DATED 9/11/2009 '5 COPIES'
iv)   SOEWARNO'S GENERAL POWER OF ATTORNEY – APPOINT GIOVANNI BATTISTA RICCHELLO AS INTERNATIONAL FINANCE ADMINSTRATOR. DATED 27TH JANUARY 2010. WITNESS BY OFFICE OF THE SECRETARY OF STATE OF SOUTH CAROLINA COLUMBIA, S.C. DATED 04/02/2010.
v)    FEDERAL RESERVE DECLARATION – M-FUND-BLACK EAGLE TRUST CERTIFICATE-

This is the original document produced for
translation in Ipoh Court Translation
Serial No..... ..........

15 DEC 2010    C. SAUARAY AMAL
Date.................      ....................Interp.
                Magistrate/Sessions Court
                Ipoh.

# LEONG GEOK MOOI

Kepada: Majlis Kehormat
Ibupejabat UBS – SA
Bahnofstrasse Nº 45
8000 Zurigo

Untuk Perhatian
Pres. Dott. Kaspar Villiger

Dengan sesalinan kepada:

**Lodevole Cancelleria Tribunale Federale, avenue du Tribunal-Fédéral 29 1005 Lausanne: (Switzerland-CH)**

**Lodevole Cancelleria Consiglio Federale, Palazzo Federale Ovest, 3003 Berna: (Switzerland-CH)**

Adalah di dalam pengetahuan pengurus-pengurus Bank ini bahawa di dalam peti Bank UBS-SA. ada tersimpan beberapa Ribu Tan Logam – Emas dan bahan-bahan lain sebagai jaminan pengeluaran Matawang-US dan Nilaian Cagaran Yang Dikeluarkan oleh Pihak-Pihak Berkuasa Persekutuan U.S.

Bahan ini adalah Ekslusif untuk Yang Berhormat Soewarno, Penggganti Soekarno (Allahyarham) dan untuk Perhatian dan Manafaat Puan Leong Geok Mooi.

Kontrak perumahan oleh Sijil Swiss Bank bagi Logam Simpanan telah tamat dalam tahun 2007 dan menanti untuk diperbaharui

Untuk ulasan ini telah deberi kepada Encik Giovanni Battista Ricchello satu Kuasa Mentadbir, yang didaftarkan secara sah oleh Notari yang disahkan kepada UBS-Bank oleh Swift dan didadaftarkan serta di iktiraf oleh Mahkamah Persekutuan US., Encik Giovahhi Ricchello, telah diarahkan untuk menghuhungi Pejabat Guaman tuan untuk memeriksa butir-butir bagi penyediaan kontrak baru ini.

Malangnyu, setelah beberapa kali menghubungi Pejabat Guaman tuan, Permohonan dan penyerahan selanjutnya beberapa dokumen-dokumen untuk membuktikan kesahihan operasi tersebut, tiada apa diambil daripada tuan, dan untuk ini, Encik Ricchello Giovanni teleh diberi kuasa untuk menghubungi Peguam Dott. Tino Inselmini dari Lugano, yang mengambil hubungan terus dengan Presiden Majlis tuan, **Dott Kaspar Villiger** tetapi tidak menerima sabarang jawapan.

Peguam UBS – Bank, Dott. Stellio Pesciallo, Telah dimaklumkan ( hanya melalui telefon ) bahawa ia tidak akan menerima sebarang jawapan memandangkan ini hanyalah satu proses khayalan yang berlandaskan dokumen-dokumen palsu.

Berkemungkinan bahawa, di antara satu ratus sijil-sijil sah terdapat stem yang tidak menepati syarat: ini tidak bermakna bahawa sembilan puluh sembilan yang lain adalah tidak sah malah tidak bermakna yang pemalsuan telah berlaku oleh pihak-pihak ketiga

Sekiranya kesilapan telah berlaku, ianya telah berlaku dengan sendirinya dan secara eksklusif di Pejabat – pejabat tuan.

Berhadapan dengan Dokumentasi-Dokumentasi Udang-Udang yang tidak dapat depertikaikan, hanya ditunjukkan sebahagiannya di Pejabat-Pejabat tuan, malah sebahagiannya diberikan salinan-salinan bermula dari senarai Sijil-Sijil Swift, UBS yang dikeluarkan untuk Jaminan bagi transaksi, prinsipal kuasa dan kuasa mentadbir Am yang ditandatangani oleh Encik Soewarno dan Puan Leong Geok Mooi bagi negeri Indonesia dan Encik Ospel serta Encik Mayer bagi pihak UBS, melalui Surat Akuan bertarikh 26 November 2009 yang ditandatangani oleh Encik Soewarno yang mengesahkan kuasa mentadbir kepada Encik Giovanni Battista Ricchello untuk operasi ini dan keseluruhan dokumentasi tambahan yang boleh di simpulkan dari disket yang kami hantar kepada anda, dengan surat ini, kami merumuskan satu permintaan terakhir untuk memulakan secara pos yang dikembalikan, Wakil kami di Switzerland, Encik Giovanni Battista Ricchello untuk memberitahu beliau secara terperinci berkaitan butir- butir tentang pembaharuan kontrak.

Jika ini tidak berlaku dalam tempoh limabelas (15) hari dari penerimaan komunikasi ini, kami akan menganggap terhalang dari sebarang kemungkinan perbincangan dengan wakil-wakil bank tuan dan kami tidak boleh tetapi menawarkan terus ke Mahkamah Tinggi Switzerland di Luasanne, berbanding dengan ke Majlis Persekutuan dengan ibu-ibu pejabat de Berne.

Yang benar,

LEONG GEOK MOOI
Passport No: A19879568
Negara Pengeluar: Malaysia
Tarik Tamat Tempoh: 25 March 2015

Betarikh pada 15 haribulan December 2010
Ipoh Perak, Malaysia

This is the certified translation of original document produced for translation in Ipoh Court Translation Serial No. ............

15 DEC 2010 C. SAUARAY AMAL
Date.............. ..............Interpreter,
Magistrate/Session Court,
Ipoh.

AKUAN PENERIMAAN

Dihadapan saya,

Sinniah Amirtha Lingam @ S.A.Lingam seorang Notari Awan bagi pihak dan di dalam Ipoh Perak, Malaysia pada hari ini 15 haribulan December 2010 dihadiri secara sendiri oleh Puan Leong Geok Mooi ( Pemegang Passport Malaysia No: A19879568 (A17360288) yang dikenali oleh saya dan diketahui oleh saya merupakan orang-orang yang sama yang telah masing-masing melaksanakan suratcara seterusnya dan diakui sebagai yang bagi tindakan dan Suratikatan yang Bebas.

Deagan bersaksikan sedemikian, kami telah dengan ini menurunkan tandatangan dan Meteri, haribulan, Tahun dan Tempat yang tertulis di atas.



S. A. LINGAM
NOTARY PUBLIC
PENYAKSI AWAM
19, Jalan Tun Sambanthan,
30000 Ipoh, Perak,
West Malaysia.

Salinan untuk : Peguam Dott. Tino Inselmini, Lugano
dan untuk seorang Encik. Giovanni Ricchello

Dikepilkan bersama-sama ini satu senarai kesemua dokumen-dokumen berkaitan transaksi yang meliputi ini:-

i) SURAT AKUAN BAGI SURATIKATAN GERAN SOEWARNO KEPADA LEONG GEOK MOOI
ii) SURAT AKUAN BAGI SURATIKATAN GERAN SALINAN BNI SWIFT BERTARIKH 23/10/2009 '2 SALINAN'
iii) SURAT AKUAN BAGI SURATIKATAN GERAN SALINAN BNI SWIFT BERTARIKH 09/11/2009 '5 SALINAN'
iv) POWER OF ATTORNEY AM SOEWARNO – MELANTIK GIOVANNI BATTISTA RICCHELLO SEBAGAI PENTADBIR KEWANGAN ANTARABANGSA, BERTARIKH 27 JANUARI 2010 DISAKSIKAN OLEH PEJABAT SETIAUSAHA NEGERI SOUTH CAROLINA COLUMBIA, S.C. BERTARIKH 04/02/2010.
v) SURAT AKUAN KHAS PERSEKUTUAN – SIJIL M-FUND-BLACK EAGLE TRUST

This is the certified translation of original document produced for translation in Ipoh Court Translation Serial No..................



15 DEC 2010  C. SAURAV AMAL
Date.................. .................. Interpreter,
Magistrate/Sessions Court.

No. Pendaftaran S.K.W. 4547/2010
Salinan Sah Yang Disimpan Didalam
Mahkamah Tinggi Ipoh pada 16.12.2010
setelah dibandingkan dengan yang sah.

SYAJARATUDUR BINTI ABD RAHMAN
PENOLONG KANAN PENDAFTAR
MAHKAMAH TINGGI
IPOH

Kerani:

Salinan Yang Sah

SYAJARATUDUR BINTI ABD RAHMAN
PENOLONG KANAN PENDAFTAR
MAHKAMAH TINGGI
IPOH

MALAY LANGUAGE

# SOEWARNO BIN SOETOWIJOYO

**Kepada: Majlis Kehormat**
**Ibupejabat UBS – SA**
**Bahnofstrasse N° 45**
**8000 Zurigo**

**Untuk Perhatian**
**Pres. Dott. Kaspar Villiger**

Dengan sesalinan kepada:

**Lodevole Cancelleria Tribunale Federale, avenue du Tribunal-Fédéral 29 1005**
**Lausanne: (Switzerland-CH)**

**Lodevole Cancelleria Consiglio Federale, Palazzo Federale Ovest, 3003 Berna:**
**(Switzerland-CH)**

Adalah di dalam pengetahuan pengurus-pengurus Bank ini bahawa di dalam peti Bank UBS-SA, ada tersimpan beberapa Ribu Tan Logam – Emas dan bahan-bahan lain sebagai jaminan pengeluaran Matawang-US dan Nilaian Cagaran Yang Dikeluarkan oleh Pihak-Pihak Berkuasa Persekutuan U.S.

Bahan ini adalah Ekslusif untuk Yang Berhormat Soewarno, Pengganti Soekarno (Allahyarham) dan untuk Perhatian dan Manafaat Puan Leong Geok Mooi.

Kontrak perumahan oleh Sijil Swiss Bank bagi Logam Simpanan telah tamat dalam tahun 2007 dan menanti untuk diperbaharui

Untuk alasan ini telah deberi kepada Encik Giovanni Battista Ricchello satu Kuasa Mentadbir, yang didaftarkan secara sah oleh Notari yang disahkan kepada UBS-Bank oleh Swift dan didadaftarkan serta di iktiraf oleh Mahkamah Persekutuan US., Encik Giovabbi Ricchello, telah diarahkan untuk menghubungi Pejabat Guaman tuan untuk memeriksa butir-butir bagi penyediaan kontrak baru ini.

Malangnya, setelah beberapa kali menghubungi Pejabat Guaman tuan, Permohonan dan penyerahan selanjutnya beberapa dokumen-dokumen untuk membuktikan kesahihan operasi tersebut, tiada apa diambil daripada tuan, dan untuk ini, Encik Ricchello Giovanni telah diberi kuasa untuk menghubungi Peguam Dott. Tino Inselmini dari Lugano, yang mengambil hubungan terus dengan Presiden Majlis tuan, **Dott Kaspar Villiger** tetapi tidak menerima sabarang jawapan.



Peguam UBS – Bank, Dott. Stellio Pesciallo, Telah dimaklumkan ( hanya melalui telefon ) bahawa ia tidak akan menerima sebarang jawapan memandangkan ini hanyalah satu proses khayalan yang berlandaskan dokumen-dokumen palsu.

Berkemungkinan bahawa, di antara satu ratus sijil-sijil sah terdapat stem yang tidak menepati syarat: ini tidak bermakna bahawa sembilan puluh sembilan yang lain adalah tidak sah malah tidak bermakna yang pemalsuan telah berlaku oleh pihak-pihak ketiga

Sekiranya kesilapan telah berlaku, ianya telah berlaku dengan sendirinya dan secara ekslusif di Pejabat – pejabat tuan.

Berhadapan dengan Dokumentasi-Dokumentasi Udang-Udang yang tidak dapat depertikaikan, hanya ditunjukkan sebahagiannya di Pejabat-Pejabat tuan, malah sebahagiannya diberikan salinan-salinan bermula dari senarai Sijil-Sijil Swift, UBS yang dikeluarkan untuk Jaminan bagi transaksi, prinsipal kuasa dan kuasa mentadbir Am yang ditandatangani oleh Encik Soewarno dan Puan Leong Geok Mooi bagi negeri Indonesia dan Encik Ospel serta Encik Mayer bagi pihak UBS, melalui Surat Akuan bertarikh 26 November 2009 yang ditandatangani oleh Encik Soewarno yang mengesahkan kuasa mentadbir kepada Encik Giovanni Battista Ricchello untuk operasi ini dan keseluruhan dokumentasi tambahan yang boleh di simpulkan dari disket yang kami hantar kepada anda, dengan surat ini, kami merumuskan satu permintaan terakhir untuk memulakan secara pos yang dikembalikan, Wakil kami di Switzerland, Encik Giovanni Battista Ricchello untuk memberitahu beliau secara terperinci berkaitan butir- butir tentang pembaharuan kontrak.

Jika ini tidak berlaku dalam tempoh limabelas (15) hari dari penerimaan komunikasi ini, kami akan menganggap terhalang dari sebarang kemungkinan perbincangan dengan wakil-wakil bank tuan dan kami tidak boleh tetapi menawarkan terus ke Mahkamah Tinggi Switzerland di Luasanne, berbanding degan ke Majlis Persekutuan dengan ibu-ibu pejabat de Berne.

Yang benar,

SOEWARNO BIN SOETOWIJOYO
Passport No: T518599
Negara Pengeluar: Indonesia
Tarik Tamat Tempoh: 13 August 2014

LEONG GEOK MOOI
Passport No: A19879568
Negara Pengeluar: Malaysia
Tarik Tamat Tempoh: 25 March 2015

Betarikh pada 15 haribulan December 2010
Ipoh Perak, Malaysia

This is the certified translation of original document produced for translation in Ipoh Court Translation Serial No. ...........

15 DEC 2010   C. SAUARAY AMAL
Date................   Interpreter,
Magistrate/Sessions Court,
Ipoh.

AKUAN PENERIMAAN

Dihadapan saya,

Sinniah Amirtha Lingam @ S.A.Lingam Seorang Notari Awam bagi pihak dan di dalam kota Ipoh Perak, Malaysia pada hari ini 15 haribulan December 2010 dihadiri secara sendiri oleh Encik Soewarno Bin Soetowijoyo ( Pemegang Passport Indonesia No: T. 518599 dan Puan Leong Geok Mooi ( Pemegang Passport Malaysia No: A19879568 (A17360288) yang dikenali oleh suya dan diketahui oleh saya merupakan orang-orang yang sama yang telah masing-masing melaksanakan suratcara seterusnya dan diakui sebagai yang bagi tindakan dan Suratikatan yang Bebas.

Deagan bersaksikan sedemikian, kami telah dengan ini menurunkan tandatangan dan Meteri, haribulan, Tahun dan Tempat yang tertulis di atas.



S. A. LINGAM
NOTARY PUBLIC
PENYAKSI AWAM
19, Jalan Tun Sambanthan,
30000 Ipoh, Perak,
West Malaysia

Salinan untuk : Peguam Datt. Tino Inselmini, Lugano
Dan untuk seorang Encik. Giovanni Ricchello

Dikepilkan bersama-sama ini satu senarai kesemua dokumen-dokumen berkaitan transaksi yang meliputi ini:-

i)  SURAT AKUAN BAGI SURATIKATAN GERAN SOEWARNO KEPADA LEONG GEOK MOOI
ii) SURAT AKUAN BAGI SURATIKATAN GERAN SALINAN BNI SWIFT BERTARIKH 23/10/2009 '2 SALINAN'
iii) SURAT AKUAN BAGI SURATIKATAN GERAN SALINAN BNI SWIFT BERTARIKH 09/11/2009 '5 SALINAN'
iv) POWER OF ATTORNEY AM SOEWARNO - MELANTIK GIOVANNI BATTISTA RICCHELLO SEBAGAI PENTADBIR KEWANGAN ANTARABANGSA, BERTARIKH 27 JANUARI 2010 DISAKSIKAN OLEH PEJABAT SETIAUSAHA NEGERI SOUTH CAROLINA COLUMBIA, S.C. BERTARIKH 04/02/2010.
v)  SURAT AKUAN KHAS PERSEKUTUAN – SIJIL M-FUND-BLACK EAGLE TRUST



This is the certified translation of original document produced for translation to Ipoh Court
Translation Serial No ..........

15 DEC 2010  C. SAUARAY AMAL
Date ............... ...................... Interpreter,
Magistrate/Sessions Court,
Ipoh.

that it will never receive a reply as this is an Imaginative process that is based on false documents.

Is possible that, in the midst of one hundred valid certificates there is a stamp with a non-compliant: this fact does not mean that other ninety-nine are invalid and even less means that any forgery would have taken place by third parties.

If errors were committed, were committed solely and exclusively in Your Offices.

Faced with incontrovertible Legal Documentation shown to Your offices only in part, part of them even handed copies beginning with the Swift, UBS list of Certificates issued to Guarantee the transaction, the principal of authority and General Power of Attorney signed by Mr. Soewarno and Mrs Leong Geok Mooi for the Indonesian state and Mr. Ospel and Mr. Mayer for the UBS, by Statutory Declaration of 26 November 2009 signed by Mr. Soewarno that confirmed the power of attorney to Mr. Giovanni Battista Ricchello for this operation and the whole ' additional documentation that can be inferred from the diskette that we send you, with this letter we formulate a last and final request to convene by return mail Our representative in Switzerland, Mr Giovanni Battista Ricchello to define him with the details relating to contract renewal.

If this does not occur within fifteen (15) days of receipt of this communication, we will assume excluded any possibility of talks with representatives of your bank and we can not but offer direct to the High Court of Switzerland in Lausanne, as compared to the Federation Council with headquarters in Berne.

Yours faithfully,

SOEWARNO BIN SOETOWIJOYO
Passport No: T518599
Country Of Issue: Indonesia
Date Of Expiry: 13 August 2014

LEONG GEOK MOOI
Passport No: A19849568
Country Of Issue: Malaysia
Date Of Expiry: 25 March 2015

This 15th Day Of December 2010
Ipoh Perak, Malaysia

This is the original document produced for translation in Ipoh Court Translation
Serial No.......-..............

1.5 DEC 2010 SAUARAY AMAL
Date....................................... Interpreter
Magistrate/Sessions Court
Ipoh.

ACKNOWLEDGEMENT

Before me,

Sinniah Amirtha Lingam @ S.A.Lingam Notary Public for and in the City of
Ipoh Peruk, Malaysia, This 15ᵗʰ Day Of December 2010 personally appeared Mr.
Soewarno Bin Soetowijoyo ( Holder of Indonesia Passport No: T. 518599 And Ms.
Leong Geok Mooi ( Holder of Malaysia Passport No: A19879568 (A17360288),
known to me and to me known to be the same persons who each executed the
foregoing Instrument and acknowledge to be that the same of their Free act and Deed.

In Witness whereof, we have hereunto set our hand and seal, the day, Year and Place
above written.



S. A. LINGAM
NOTARY PUBLIC
PENYAKSI AWAM
(^), Jalan Tun Sambanthan,
30000 Ipoh, Perak,
West Malaysia.



copy for a: Lawyer Dott. Tino Inselmini, Lugano
and for a Mr. Giovanni Ricchello

Attached with a list of all documents relating to the transaction covered by this:-

i)      SOEWARNO'S STATUTORY DECLARATION OF DEED OF GRANT TO LEONG GEOK MOOI
ii)     BNI'S SWIFT COPY STATUTORY DECLARATION DEED OF GRANT. DATED 23/10/2009.
        '2 COPIES'
iii)    BNI'S SWIFT COPY STATUTORY DECLARATION DEED OF ASSIGNMENT DATED 9/11/2009
        '5 COPIES'
iv)     SOEWARNO'S GENERAL POWER OF ATTORNEY – APPOINT GIOVANNI BATTISTA
        RICCHELLO AS INTERNATIONAL FINANCE ADMINSTRATOR. DATED 27ᵀᴴ JANUARY 2010.
        WITNESS BY OFFICE OF THE SECRETARY OF STATE OF SOUTH CAROLINA COLUMBIA,
        S.C. DATED 04/02/2010.
v)      FEDERAL RESERVE DECLARATION - M-FUND-BLACK EAGLE TRUST CERTIFICATE-

This is the original document produced for
translation in Ipoh Court Translation
Serial No.......................

1 5 DEC 2010 c. SAUARAY AMAL

Date.................              ..............Interpreter,
                        Magistrate Sessions Court,
                        Ipoh.

63No. Pendaftaran S.K.W. 4546/2010
Salinan Sah Yang Disimpan Didalam
Mahkamah Tinggi, Ipoh pada 16.13.2010
setelah dibandingkan dengan yang sah.

SYAJARATUDUR BINTI ABD RAHMAN
PENOLONG KANAN PENDAFTAR
MAHKAMAH TINGGI
IPOH.

Salinan Yang Sah

SYAJARATUDUR BINTI ABD RAHMAN
PENOLONG KANAN PENDAFTAR
MAHKAMAH TINGGI
IPOH.

ATTACHMENT  6

STUDIO LEGALE E NOTARILE
# AVV. TINO INSELMINI
MEMBRO DELLA FEDERAZIONE SVIZZERA DEGLI AVVOCATI
ISCRITTO AL REGISTRO CANTONALE DEGLI AVVOCATI
VIA LUVINI 4 - casella postale 5764 - 6901 LUGANO



TEL.: 091 923 64 16
FAX: 091 923 36 69
e-mail: tino.inselmini@bluewin.ch
CCP 69-16301-7
No. IVA 302.063

RACCOMANDATA
Egregio signor
Dott. Kaspar Villiger
presidente consiglio di amministrazione
UBS SA
sede centrale
Bahnhofstrasse 45
8000 Zurigo

Lugano, 16 luglio 2010

<u>mia richiesta del 16 giugno 2010</u>

Egregio signor Presidente,

dopo il mio scritto del 16 giugno 2010 e sollecito del 30 giugno 2010, ho ricevuto una telefonata interlocutoria da parte di una sua segretaria la quale mi ha detto che lei avrebbe preso posizione a stretto giro di posta.

Ho invece ricevuto due telefonate da un certo signor Riva Giorgio il quale mi ha semplicemente comunicato, a nome e per conto suo, che non riceverò alcuna risposta alla mia richiesta e pertanto il signor Ricchello non verrà convocato dai dirigenti della UBS poiché la documentazione da me trasmessa è falsa.

Ritengo queste affermazioni molto gravi. Se la documentazione che le ho trasmesso è falsa ritengo corretto che da parte sua ciò mi sia confermato per iscritto e che tali documenti o mi siano restituiti o siano trasmessi all'Autorità giudiziaria affinchè intervenga a tutela soprattutto del vostro buon nome.

Se i documenti non sono falsi, allora non vedo cosa si oppone alla convocazione del signor Ricchello, che è ufficialmente incaricato dalla reale proprietà, a discutere il contratto di custodia dei valori depositati presso il vostro Istituto ed altre banche da voi responsabilizzate, che è venuto a scadere negli anni 2005/2007, per cui si rende necessario il rinnovo entro cinque anni dalla data di scadenza di tale contratto.

Ricordo che il signor Ricchello, tramite mio, non ha manifestato intenzione di trasferimenti o prelievi di qualunque genere, ma unicamente la volontà di studiare assieme a voi una soluzione compatibile e soddisfacente per la sistemazione del problema nei prossimi cinquant'anni.

In caso di mancata risposta <u>scritta</u>, rispettivamente di una convocazione, il signor Ricchello agirà come meglio riterrà a difesa dei propri interessi.

La ringrazio, signor Presidente,e le invio i miei migliori saluti.

Avv. Tino Inselmini

ATTACHMENT  7

**Pagina riservata all'autorità** / Página reservada a las autoridades competentes para expedir el pasaporte / Úřední záznamy / Forbeholdt de pasudstedende myndigheder / Amtliche Vermerke / Ametialasteks märku-steks / Προορίζεται για τις αρχές που είναι αρμόδιες για την έκδοση του διαβατηρίου / Page reserved for issuing authorities / Page réservée aux autorités compétentes pour délivrer le passeport / Tagairti / Šī lappuse ir paredzēta izdevējiestādei / Puslapis, skirtas pasą išdavusiai įstaigai / A hatóságok számára fentartott oldal / Paġna riservata għall-awtoritajiet / Opmerkingen van bevoegde instanties / Strona przeznaczona dla władz / Página reservada às entidades competentes para emitir o passaporte / Úradné záznamy / Stran rezervirana za pristojni organ / Viranomaisia varten / Myndighets noteringar

## QUESTURA DI LA SPEZIA

- Il presente passaporto e' valido per tutti i Paesi i cui Governi sono riconosciuti dal Governo Italiano.
- This passport is valid for all countries whose Governments are recognized by the Italian Government.
- Ce passeport est valable pour tous les pays dont les Gouvernements sont reconnus par le Gouvernement Italien.

PER IL MINISTRO
IL QUESTORE

TASSA PAGATA PER ANNI 1

5



---

**PASSAPORTO**
PASSPORT
PASSEPORT

## REPUBBLICA ITALIANA

Tipo. Type. Type. **Codice paese.** Code of issuing State. Code du pays émetteur. **Passaporto N°.** Passport No. Passeport N°

P      ITA                                    AA4217926

**Cognome.** Surname. Nom. (1)
RICCHELLO

**Nome.** Given Name. Prénom. (2)
GIOVANNI BATTISTA

**Cittadinanza.** Nationality. Nationalité. (3)
ITALIANA

**Data di nascita.** Date of birth. Date de naissance. (4)
28 SET/SEP 1942

**Sesso.** Sex. Sexe. (5)   **Luogo di nascita.** Place of birth. Lieu de naissance. (6)
M      SAN REMO(IM)

**Data di rilascio.** Date of issue. Date de délivrance. (7)
04 AGO/AUG 2009

**Data di scadenza.** Date of expiry. Date d'expiration. (8)
03 AGO/AUG 2019

**Autorità.** Authority. Autorité. (9)
IL MINISTRO
DEGLI AFFARI ESTERI



P<ITARICCHELLO<<GIOVANNI<BATTISTA<<<<<<<<<<<
AA42179263ITA4209281M1908033<<<<<<<<<<<<<<00

Il presente passaporto contiene 32 pagine
Este pasaporte contiene 32 páginas
Tento pas má 32 stran
Dette pas består af 32 sider
Dieser Pass enthält 32 Seiten
Passis on 32 lehekülge
Το διαβατήριο αυτό περιέχει 32 σελίδες
This passport contains 32 pages
Ce passeport contient 32 pages
Tá 32 leathanach sa phas seo
Šajā pasē ir 32 lappuses
Šis pasas sudarytas iš 32 puslapių
Jelen útlevének 32 oldala van
Dan il-passaport fih 32 paġna
Dit paspoort bevat 32 bladzijden
Niniejszy paszport zawiera 32 strony
O passaporte é constituído por 32 páginas
Tento cestovný pas má 32 strán
Potní list zajema 32 strani
Tämä passi sisältää 32 sivua
Passet innehåller 32 sidor



I.P.Z.S. S.p.A - O.C.V - ROMA

## EMERGENZE / EMERGENCIES / EMERGENCES

Recapiti di familiari o conoscenti da contattare in caso di necessità.

Particulars of relatives or friends who may be contacted in case of emergency.

Adresses de membres de la famille du titulaire ou personnes à contacter en cas de besoin.

1- Nome / Full name / Nom

......................................

Indirizzo / Address / Adresse

......................................

Telefono / Telephone / Téléphone

......................................

2- Nome / Full name / Nom

......................................

Indirizzo / Address / Adresse

......................................

Telefono / Telephone / Téléphone

......................................

32